## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Matt Rogers,**
       **Plaintiff**

    **vs.**                                     **Civil Action 2:12-cv-600**
                                                     **Judge Edmund A. Sargus**
                                                       **Magistrate Judge Elizabeth P. Deavers**

**Integrity Cycles, LLC,**
       **Defendant**

## ORDER

      Upon motion, the mediation conference scheduled for **March 11, 2013** is **VACATED.** The Clerk shall notify the mediator assigned to this case.

<u>March 8, 2013</u>                                                   <u>*s/Elizabeth A. Preston Deavers*</u>
Date                                                           Elizabeth A. Preston Deavers
                                                                 United States Magistrate Judge