IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MATT ROGERS
d/b/a Cash 4 Motorcycles,

    Plaintiff/Counterclaim Defendant

Case No. 2:12-cv-600

v.

Judge Sargus

INTEGRITY CYCLES LLC

Magistrate Judge Deavers

    Defendant/Counterclaim Plaintiff.

## ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. RULE 41(a)(2)

Plaintiff/Counterclaim Defendant Matt Rogers, d/b/a Cash 4 Motorcycles and Defendant/Counterclaim Plaintiff Integrity Cycles LLC, having entered into a Settlement Agreement with respect to the above-captioned action and stipulating to the dismissal of all claims and counterclaims in the above-captioned action with prejudice, the Court hereby Orders the case dismissed but retains exclusive jurisdiction over the Settlement Agreement and all of the parties thereto (and their successors and assigns) for the purpose of its interpretation and enforcement. Each party shall bear its own costs and attorneys' fees.

It is so ORDERED this 29th day of April, 2013.

The Hon. Edmund A. Sargus, Jr.
United States District Judge

**AGREED:**

/Mary R. True/  
Mary R. True  
DREITLER TRUE LLC  
6300 Riverside Drive  
Dublin, OH 43017  
Tel: (614)545-6355  
Fax: (614) 241-2169  

mtrue@ustrademarklawyer.com  

Attorney for Plaintiff  
*Matt Rogers d/b/a Cash 4 Motorcycles*  

Date: April 26, 2103  

/Michael Stonebrook/ [per authority]  
Michael Stonebrook  
STANDLEY LAW GROUP LLP  
137 E. State Street  
Columbus, OH 43215  
Tel: (614)792-5555  
Fax: (614) 792-5536  

mstonebrook@standleyllp.com  

Attorney for Defendant  
*Integrity Cycles, LLC*