IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MATT ROGERS<br>d/b/a Cash 4 Motorcycles, | :<br>:<br>: |
| Plaintiff/Counterclaim Defendant : | |
| | : Case No. 2:12-cv-600 |
| v. | :<br>: Judge Sargus |
| INTEGRITY CYCLES LLC | : Magistrate Judge Deavers |
| | : |
| Defendant/Counterclaim Plaintiff. : | |

### ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. RULE 41(a)(2)

Plaintiff/Counterclaim Defendant Matt Rogers, d/b/a Cash 4 Motorcycles and Defendant/Counterclaim Plaintiff Integrity Cycles LLC, having entered into a Settlement Agreement with respect to the above-captioned action and stipulating to the dismissal of all claims and counterclaims in the above-captioned action with prejudice, the Court hereby Orders the case dismissed but retains exclusive jurisdiction over the Settlement Agreement and all of the parties thereto (and their successors and assigns) for the purpose of its interpretation and enforcement. Each party shall bear its own costs and attorneys' fees.

It is so ORDERED this 29th day of April, 2013.

The Hon. Edmund A. Sargus, Jr.
United States District Judge

**AGREED:**

| | |
|---|---|
| /Mary R. True/ | /Michael Stonebrook/ [per authority] |
| Mary R. True | Michael Stonebrook |
| DREITLER TRUE LLC | STANDLEY LAW GROUP LLP |
| 6300 Riverside Drive | 137 E. State Street |
| Dublin, OH 43017 | Columbus, OH 43215 |
| Tel: (614)545-6355 | Tel: (614)792-5555 |
| Fax: (614) 241-2169 | Fax: (614) 792-5536 |
| mtrue@ustrademarklawyer.com | mstonebrook@standleyllp.com |
| Attorney for Plaintiff | Attorney for Defendant |
| *Matt Rogers d/b/a Cash 4 Motorcycles* | *Integrity Cycles, LLC* |

Date: April 26, 2103